# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GREEN, DANIEL R. | § Case No. 11-80283 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/28/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/29/2011         By:  /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: GREEN, DANIEL R. | § | Case No. 11-80283 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   5,000.03 |
| *and approved disbursements of* | $   0.00 |
| *leaving a balance on hand of*  [1] | $   5,000.03 |
| **Balance on hand:** | $   5,000.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | First Community Credit Union | 23,547.73 | 23,547.73 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   5,000.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,141.25 | 0.00 | 2,141.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 33.24 | 0.00 | 33.24 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   3,424.49 |
| Remaining balance: | $   1,575.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,575.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,575.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,576.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FIA Card Services,NA/Bank of America | 6,576.33 | 0.00 | 1,575.54 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,575.54 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                              Case No. 11-80283-MB
Daniel R. Green                                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3            User: cshabez              Page 1 of 1              Date Rcvd: Sep 06, 2011
                                Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2011.
```
db           +Daniel R. Green,    10140 Sunset Dr,    Roscoe, IL 61073-7228
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty           Gary N Foley,    Gary N. Foley, P.C.,    1919 Route 83,    Round Lake Beach, IL  60073
aty           Laura Dolores Frye,    Law Offices of Gary N. Foley, P.C.,    1919 Illinois Route 83,
               Round Lake Beach, IL  60073
aty          +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
16715741     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16715742     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
16715743    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One, N.a.,    Bankruptcy Dept,   Po Box 5155,
               Norcross, GA 30091)
16715744     +Christine Mapes,    7721 Orion St.,    Loves Park, IL 61111-3132
16715745     +Citibank Usa,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,
               Kansas City, MO 64195-0507
16715746     +First American Credit,    1982 Cranston Rd,    Beloit, WI 53511-3137
16715747     +First Community Cu Of,    1702 Park Ave,    Beloit, WI 53511-3536
16715748     +H E Stark Agency,    6425 Odana Rd,    Madison, WI 53719-1189
16715749     +Hsbc/frnrw,    P O Box 703,    Wood Dale, IL 60191-0703
16715750     +Mil Star,    Attention: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
16715751     +R & B Receivables Mana,    860 S Northpoint Blvd,    Waukegan, IL 60085-8201
16715752     +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
16715753     +Usaa Fsb,    Po Box 47504,    San Antonio, TX 78265-7504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17643871      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2011 00:08:37
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**                                **Signature:**   *Joseph Speetjens*